JOHN R. MIZELL, PLAINTIFF IN ERROR, VS. THE TRAV-
ELERS INSURANCE COMPANY, A CORPORATION, ETC.,
DEFENDANT IN ERROR.

Appellate Practice—Bill of Exceptions Can Not Be
Amended by Consent in Appellate Court.

A bill of exceptions certified by the trial judge, and contained in a
transcript of record, can not be permitted to be amended *in
an appellate court*, even by consent of parties.

Writ of Error to the Circuit Court for Orange
County.

The facts of the case are stated in the opinion of
the court.

L. D. Browne, for Plaintiff in Error.

E. K. Foster and Beggs & Palmer, for Defendant in
Error.

Per CURIAM:

This cause coming on to be heard on motion and
agreement of counsel of all the parties to amend the
transcript of the record and the abstracts of record by
inserting matter alleged to have been inadvertently
omitted therefrom, and it appearing to the court that
the amendments sought to be made are additions to the
bill of exceptions contained in the transcript of record,
and if allowed will change and vary such bill of excep-
tions as certified by the Circuit Judge, which can not be
permitted to be done in an appellate court, even by con-
sent of parties. The motion is, therefore, denied. Gla-
ser, Kuder & Ottensoser v. Hackett, 38 Fla. 84, 20
South. Rep. 820, and cases cited.